UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MAY 1, ~~April 23,~~ 2002

MEMORANDUM TO MR. HILLMAN RE:   ATL International, Inc. v.
Kevin Rafferty, et al.
Civil #L-02-853

Dear Mr. Hillman:

The Clerk's Office has sent this case to me because they are not certain how to handle it, given that there is no certificate stating that the defendants have been served with the papers. Accordingly, ATL is hereby required to serve the Petition and other papers on the defendants, as if the case were proceeding on an original complaint and summons. ATL is also required to submit to the Court for filing a certificate of service demonstrating the manner in which service was effected.

Within 14 days after service, the defendants are hereby required to show cause in writing why the relief ATL is requesting should not be granted. I will either decide the petition and other pending motions on the papers or I will hold a hearing.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file