UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 15, 2002

MEMORANDUM TO COUNSEL RE:   ATL International, Inc. v.
Kevin Rafferty, et al.
Civil #L-02-853

Dear Counsel:

I am in receipt of Mr. Hillman's letter of May 6th. On or before May 24, 2002, defendants shall file their response to the Petition to Compel Arbitration. Defendants should address the petition on the merits. If the defendants contest service, they should state their grounds. By responding on the merits, defendants do not waive service defects, if any, they choose to raise.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

