IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ATL INTERNATIONAL, INC. :
:
v. : CIVIL NO. L-02-853
:
KEVIN RAFFERTY AND :
DENISE RAFFERTY :

### ORDER

Because this case will proceed to arbitration, the Court hereby administratively CLOSES the CASE. Any party may reopen the case for good cause shown.

It is so ORDERED this 7TH day of October, 2002.

_____
Benson Everett Legg
United States District Judge